IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM LAMONT HUDSON, | ) | |
| Plaintiff | ) | 2:07cv1115 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| DETECTIVE MARK GOOB, Zone #3 | ) | Magistrate Judge Amy Reynolds Hay |
| Pittsburgh Police Dept Southside; | ) | |
| DETECTIVE EMERY JUDD, Zone #3 | ) | |
| Pittsburgh Police Dept Southside; | ) | |
| DETECTIVE EDWARD FALLERT, | ) | |
| Zone #3 Pittsburgh Police Dept Southside; | ) | |
| DETECTIVE RON ABSTEN, Zone #3 | ) | |
| Pittsburgh Police Dept Southside; | ) | |
| DETECTIVE MARK ADAMETZ, Zone #3 | ) | |
| Pittsburgh Police Dept Southside; | ) | |
| DETECTIVE LOVE, Zone #3 Pittsburgh | ) | |
| Police Dept Southside; DETECTIVE | ) | |
| LUKITSCH, Zone #3 Pittsburgh Police | ) | |
| Dept Southside; SGT. SNYDER, Zone #3 | ) | |
| Pittsburgh Police Dept Southside; OFFICER | ) | |
| BENNY, K-9, Zone #3 Pittsburgh Police | ) | |
| Dept Southside, | ) | |
| Defendants | ) | |

## MEMORANDUM ORDER

AND NOW, this 23 day of March, 2009, after the Plaintiff, William Lamont Hudson, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 13, 2009, to file written objections thereto, and upon consideration of the objections filed by plaintiff, independent review of the record, and consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [Doc. 51] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

William Lamont Hudson
11844-3-E-124
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100

All Counsel of Record by electronic filing